```
IN THE UNITED STATES DISTRICT COURT FOR THE
          SOUTHERN DISTRICT OF GEORGIA
                  AUGUSTA DIVISION
```

HUGHSENIA CLARK,                  *
                                  *
     Plaintiff,                   *
                                  *
     v.                           *     CV 114-171
                                  *
CAROLYN W. COLVIN, Acting         *
Commissioner of Social            *
Security,                         *
                                  *
     Defendant.                   *

                        **O R D E R**

Now before the Court is a motion filed by Defendant, the Acting Commissioner of Social Security, under sentence four of 42 U.S.C. § 405(g) to enter a judgment of remand to the Commissioner for further administrative proceedings. (Doc. 13.) Defendant represents that "[u]pon remand, the Appeals Council will direct the Administrative Law Judge to give further consideration to the claimant's maximum residual functional capacity during the entire period at issue, evaluate all opinions, and explain the weight given to such opinion evidence." (Doc. 13-1 at 1.) The Court is further advised that Plaintiff consents to this requested relief.

Based on the foregoing — and the plain language of sentence four of § 405(g), which empowers this Court "to enter, upon the pleadings and transcript of the record, a judgment affirming,

modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing" — the Commissioner's unopposed motion (doc. 13) is **GRANTED**. The Court hereby **REVERSES** the Commissioner's decision and **REMANDS** this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ORDER ENTERED** at Augusta, Georgia, this 26th day of February, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2